IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| 21ST MORTGAGE CORPORATION | § | PLAINTIFF |
| | § | |
| v. | § | Civil No. 1:10CV214-HSO-JMR |
| | § | |
| NATIONAL SECURITY FIRE & | § | |
| CASUALTY COMPANY | § | DEFENDANT |

**FINAL JUDGMENT**

THIS CAUSE came before the Court on August 9 through August 10, 2011, for trial without a jury.  After consideration of the arguments of counsel, the testimony and exhibits, the record, and all relevant legal authorities, and for the reasons more fully stated in this Court's Findings of Fact and Conclusions of Law read into the record at the conclusion of the trial, which are incorporated herein by reference, and pursuant to Federal Rules of Civil Procedure 52 and 58,

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that judgment is rendered in favor of Plaintiff 21st Mortgage Corporation on its claims against Defendant National Security Fire & Casualty Company in the amount of $78,536.97, plus post-judgment interest as prescribed by 28 U.S.C. § 1961.

**SO ORDERED AND ADJUDGED**, this the 11th day of August, 2011.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE